# DECISIONES PER CURIAM

DE FEBRERO 3, 1926, A JULIO 30, 1926

No. 3324.—GANDÍA CÓRDOVA, aplte., *v.* STUBBE, apldo.—C. D. San Juan, Disto. 1º. Apelación a la Corte de Circuito de Apelaciones para el Primer Circuito. Feb. 1, 1926. Admitida la apelación interpuesta por el demandante y apelante Pedro Gandía para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos, contra la sentencia dictada por este tribunal el día 20 de enero de 1926 en el caso arriba expresado; se fija la fianza que ha de prestar dicho apelante dentro del término legal para responder de las costas que pueda ocasionar tal apelación a la parte contraria en la suma de $300; y se concede al apelante un término de sesenta días para la preparación y traducción del récord que ha de ser remitido a dicha Corte de Circuito.

No. 2643.—PUEBLO, apldo., *v.* CARDONA, ESQUILÍN, MARTÍNEZ, VEGA, acusados y apltes. el 2º y 3º.—C. D. Humacao. Feb. 1, 1926. Examinadas las cartas del apelante, el informe del fiscal y demás documentos, no habiéndose archivado ningún pliego de excepciones y no apareciendo que la corte sentenciadora haya cometido error fundamental alguno, se confirmó la sentencia apelada.